NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD S. HENDERSON,**

*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2012-7172

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3934, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

The Secretary of Veterans Affairs moves to waive the requirements of Fed. Cir. R. 27(f) and summarily affirm the decision of the United States Court of Appeals for Veterans Claims.

We deem it the better course to deny the motion and for the Secretary of Veteran's Affairs to present any arguments for dismissal in his brief.

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary of Veterans Affairs' motion to dismiss is denied.

(2) Henderson's brief is due 30 days from the date of this order.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26